125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400

www.sdma.com   212.422.0202 *phone*   212.422.0925 *fax*


**Sedgwick**
DETERT, MORAN & ARNOLD LLP

*(212) 898-4016*
*daniel.meier@sdma.com*

March 28, 2011

*Via ECF and Facsimile (973) 645-4412*
Honorable Michael A. Shipp,
United States Magistrate Judge
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building &
U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: *James Wright v. Hartford Financial Services Group, et al.*
   Civil Action No.: 2:11-CV-00602-SRC-MAS
   SDMA File No.: 02489-000119

Dear Judge Shipp:

This office represents the Defendants in the above-referenced matter.

We write to request an extension of time to respond to the Complaint in this matter on behalf of the Defendants. The Defendants' response to the Plaintiff's Complaint is due on April 4, 2011. We request an extension for the Defendants to respond to the Complaint on or before May 4, 2011. Plaintiff's counsel has consented to this request and no prior requests for an extension of time have been made on Defendants' behalf.

Thank you for your consideration of this matter.

Respectfully submitted,

*[signature]*

Daniel Meier
Sedgwick, Detert, Moran & Arnold LLP

So Ordered this __29th__ day
of __March__, 20__11__
         *[signature] M. Shipp*

NY/691986v1