SEDGWICK LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
Attorneys for Defendants
Hartford Life and Accident Insurance
Company i/s/h/a Hartford Financial
Services Group, The Hartford Benefit
Management Services and GDB
Claims and Services Operations

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY

------------------------------------------------------------------x

| | |
|---|---|
| JAMES WRIGHT,<br><br>                              Plaintiff,<br><br>   -against-<br><br>HARTFORD FINANCIAL SERVICES GROUP, THE HARTFORD BENEFIT MANAGEMENT SERVICES; GDB CLAIMS AND SERVICES OPERATIONS; ABC 1-10 (that being the names of the corporate entities, companies, partnership or individuals intended),<br><br>                              Defendants. | Civil No.: 2:11-cv-00602<br>Hon. Stanley R. Chesler, U.S.D.J.<br>Hon. Michael A. Shipp, U.S.M.J.<br><br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY i/s/h/a HARTFORD FINANCIAL SERVICES GROUP, THE HARTFORD BENEFIT MANAGEMENT SERVICES; GDB CLAIMS AND SERVICES OPERATIONS, certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

1

1.       The Hartford Financial Services Group, Inc.

The Hartford Financial Services Group, Inc. is a publicly traded corporation that has no parent corporation.  No publicly held corporation currently owns 10% or more of its common stock.  Allianz SE, a publicly held corporation that has no parent corporation, holds contingent rights to purchase more than 10% of the common stock of The Hartford Financial Services Group, Inc.

Dated: May 4, 2011

>Respectfully Submitted,
>
>SEDGWICK LLP
>
>By: s/ Daniel Meier
>    Daniel M. Meier (DM- 041942006)
>    125 Broad Street, 39th Floor
>    New York, New York 10004-2400
>    Telephone: (212) 422-0202
>    Facsimile: (212) 422-0925
>    *Attorneys for Defendant*
>    Hartford Life and Accident Insurance Company
>    i/s/h/a Hartford Financial Services Group
>    Hartford Financial Services Group, The
>    Hartford Benefit Management Services and
>    GDB Claims and Services Operations.

SEDGWICK LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
Attorneys for Defendants
Hartford Life and Accident Insurance
Company i/s/h/a Hartford Financial
Services Group, The Hartford Benefit
Management Services and GDB
Claims and Services Operations

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY

---------------------------------------------------------------x

| JAMES WRIGHT,<br><br>                                     Plaintiff,<br><br>     -against-<br><br><br>HARTFORD FINANCIAL SERVICES GROUP, THE HARTFORD BENEFIT MANAGEMENT SERVICES; GDB CLAIMS AND SERVICES OPERATIONS; ABC 1-10 (that being the names of the corporate entities, companies, partnership or individuals intended),<br><br>                                     Defendants. | Civil No.: 2:11-cv-00602<br>Hon. Stanley R. Chesler, U.S.D.J.<br>Hon. Michael A. Shipp, U.S.M.J.<br><br><br>**PROOF OF MAILING** |

---------------------------------------------------------------x

    1.    I, Daniel M. Meier, am an associate with the law firm of Sedgwick LLP, attorneys for HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY i/s/h/a HARTFORD FINANCIAL SERVICES GROUP, THE HARTFORD BENEFIT MANAGEMENT SERVICES and GDB CLAIMS AND SERVICES OPERATIONS.

2. I hereby certify that I mailed a sealed envelope with postage pre-paid, via regular mail addressed to:

> Kevin T. Kutyla, Esq.
> 83 Spring Street
> Newton, NJ 07860
> (973) 940-8970
> Attorney for Plaintiff

3. This envelope contained a copy of defendant's **RULE 7.1 DISCLOSURE STATEMENT AND ANSWER**, which were filed with the court via ECF.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 4, 2011

s/ Daniel M. Meier
Daniel M. Meier, Esq. (DM- 041942006)
