SEDGWICK LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
Attorneys for Defendants
Hartford Life and Accident
 Insurance Company i/s/h/a
Hartford Financial Services Group,
The Hartford Benefit Management
Services and GDB Claims and
Services Operations

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY

-----------------------------------------------------------------x

| | |
|---|---|
| JAMES WRIGHT,<br><br>                       Plaintiff,<br><br>   -against-<br><br>HARTFORD FINANCIAL SERVICES GROUP, THE HARTFORD BENEFIT MANAGEMENT SERVICES; GDB CLAIMS AND SERVICES OPERATIONS; ABC 1-10 (that being the names of the corporate entities, companies, partnership or individuals intended),<br><br>                      Defendants. | Civil No.: 2:11-cv-00602<br>Hon. Stanley R. Chesler, U.S.D.J.<br>Hon. Michael A. Shipp, U.S.M.J.<br><br>**DECLARATION OF DANIEL M. MEIER IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION OF MICHAEL H. BERNSTEIN** |

-----------------------------------------------------------------x

I, Daniel M. Meier, Esq. declare as follows:

       1.      I am an attorney at law in good standing of the Bar of the State of New Jersey and of this Court. I am an associate with the law firm of Sedgwick LLP, counsel of record for defendants Hartford Life and Accident Insurance Company i/s/h/a Hartford Financial Services Group, The Hartford Benefit Management Services and GDB Claims and Services Operations ("Hartford"), in this action.

      2.      This certification is submitted in support of Hartford's application for the *pro hac vice* admission of Michael H. Bernstein, Esq., a partner of the law firm Sedgwick LLP, located at 125 Broad Street, 39th floor, New York, New York, 10004-2400.

NY/654364V1

3. I have never been, nor am I currently, under suspension or disbarment by any court.

4. The Declaration of Michael H. Bernstein, Esq. accompanies this motion. In his declaration, Mr. Bernstein agrees to abide by all relevant Court Rules, including the rules of Professional Conduct of the New Jersey Supreme Court, and Local Rule 101.1(c), which govern the admission of counsel *pro hac vice*.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 5, 2011

s/ Daniel M. Meier
Daniel M. Meier (DM- 041942006)