SEDGWICK LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
Attorneys for Defendants
Hartford Life and Accident
 Insurance Company i/s/h/a
Hartford Financial Services Group,
The Hartford Benefit Management
Services and GDB Claims and
Services Operations

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY

-------------------------------------------------------------x

| | |
|---|---|
| JAMES WRIGHT,<br><br>                                    Plaintiff,<br><br>        -against-<br><br><br>HARTFORD FINANCIAL SERVICES GROUP, THE HARTFORD BENEFIT MANAGEMENT SERVICES; GDB CLAIMS AND SERVICES OPERATIONS; ABC 1-10 (that being the names of the corporate entities, companies, partnership or individuals intended),<br><br>                                    Defendants. | Civil No.: 2:11-cv-00602<br>Hon. Stanley R. Chesler, U.S.D.J.<br>Hon. Michael A. Shipp, U.S.M.J.<br><br><br>**DECLARATION OF MICHAEL H. BERNSTEIN, ESQ. IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION** |

-------------------------------------------------------------x

I, Michael H. Bernstein, declare as follows:

1.      I make this Declaration based upon personal knowledge in support of this motion for my *pro hac vice* admission in this action.

2.      I am a Partner of the law firm Sedgwick LLP, located at 125 Broad Street, 39th floor, New York, New York, 10004-2400.

3.      I graduated from Pace University School of Law in 1986. I am a member in good standing of the bars of the State of New York, the State of Connecticut and the State of Pennsylvania, and am also admitted to practice in the United States District Courts for the Southern, Northern, Eastern,

NY/654364V1

and Western Districts of New York, the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the District of Connecticut, and the United States Courts of Appeals for the Second and Third Circuits, and the United States Supreme Court.

4.    I have never been, nor am I currently, under suspension, disbarment, or the subject of any disciplinary proceedings by any Court.

5.    Daniel M. Meier, Esq. of Sedgwick LLP is counsel of record for defendants Hartford Life and Accident Insurance Company i/s/h/a Hartford Financial Services Group, The Hartford Benefit Management Services and GDB Claims and Services Operations ("Hartford"). Hartford has requested that I participate in this action to represent its interests.

6.    Hartford specifically requested that I appear and represent its interests in this matter because of my long history of representing it, as well as the ERISA Plans it administers, throughout the country and I am fully familiar with their policies and practices in such matters. Retaining local counsel unfamiliar with these policies and practices would require additional expenses that my client would prefer to avoid, if possible

7.    I am familiar with the local rules of the United States District Court for the District of New Jersey.

8.    I shall notify the Court immediately of any matter affecting my standing in the bar of any other court.

9.    In June 2010, I paid the annual fee to the New Jersey Lawyer's Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a), and I will pay the annual fee again in June 2011.

10.    All pleadings, briefs, and other papers filed with the Court shall be signed by either Mr. Meier or another attorney of record in this action employed by Sedgwick LLP, and authorized to practice before this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 5, 2011

Michael H. Bernstein, Esq.