SEDGWICK LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
Attorneys for Defendants
Hartford Life and Accident
 Insurance Company i/s/h/a
Hartford Financial Services Group,
The Hartford Benefit Management
Services and GDB Claims and
Services Operations

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY

-----------------------------------------------------------------x

| | |
|---|---|
| JAMES WRIGHT,<br><br>                              Plaintiff,<br><br>     -against-<br><br><br>HARTFORD FINANCIAL SERVICES GROUP, THE HARTFORD BENEFIT MANAGEMENT SERVICES; GDB CLAIMS AND SERVICES OPERATIONS; ABC 1-10 (that being the names of the corporate entities, companies, partnership or individuals intended),<br><br>                              Defendants. | Civil No.: 2:11-cv-00602<br>Hon. Stanley R. Chesler, U.S.D.J.<br>Hon. Michael A. Shipp, U.S.M.J.<br><br><br>**PROOF OF MAILING** |

-----------------------------------------------------------------x

1.     I, Daniel M. Meier, am an associate with the law firm of Sedgwick LLP, attorneys for DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY i/s/h/a  HARTFORD FINANCIAL SERVICES GROUP, THE HARTFORD BENEFIT MANAGEMENT SERVICES and GDB CLAIMS AND SERVICES OPERATIONS.

1

2.  I hereby certify that I mailed a sealed envelope with postage pre-paid, via regular mail addressed to:

> Kevin T. Kutyla, Esq.
> 83 Spring Street
> Newton, NJ 07860
> (973) 940-8970
> Attorney for Plaintiff

3.  This envelope contained copies of defendant's **NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF MICHAEL BERNSTEIN**, **THE DECLARATION OF MICHAEL BERNSTEIN, THE DECLARATION OF DANIEL M. MEIER,** and **THE PROPOSED ORDER** which were filed with the court via ECF.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 6, 2011

s/ Daniel M. Meier<br>
Daniel M. Meier, Esq. (DM- 041942006)