ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

*Daniel Meier*
*(212) 898-4016*
*daniel.meier@sedgwicklaw.com*

June 13, 2011

Honorable Michael A. Shipp,
United States Magistrate Judge
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building &
U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:  *James Wright v. Hartford Financial Services Group, et al.*
     Civil Action No.: 2:11-CV-00602-SRC-MAS
     SDMA File No.: 02489-000119

Dear Judge Shipp:

This office represents the defendant in the above-referenced matter. We write to respectfully request an adjournment of the Scheduling Conference in this matter, which is currently scheduled for June 15, 2011 at 4 pm.

Recently, we filed a motion for Michael H. Bernstein to be admitted to this Court *Pro Hac Vice*, which Judge Chesler has not yet decided. Accordingly, we request that this conference be adjourned until after that motion has been decided so that Mr. Bernstein may appear at the Scheduling Conference. In addition, we have a Court ordered deposition scheduled for June 15, 2011, which presents a scheduling conflict. Therefore, I respectfully request that the Scheduling Conference be adjourned from June 15, 2011 to August 3, 2011. Plaintiff's counsel has consented to our request for an adjournment. This is the defendant's first request for an adjournment of this conference and if this request is granted, no other scheduled dates will be effected.

Thank you for your consideration of this matter.

Respectfully submitted,

*[signature]*

Daniel Meier
Sedgwick LLP

NY/703177v1