ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NY 10004-2400

*www.sedgwicklaw.com*   **212.422.0202**  *phone*   **212.422.0925**  *fax*



*(212) 898-4016*
*daniel.meier@sdma.com*

December 2, 2011

*Via ECF and Regular Mail*
Honorable Stanley R. Chesler, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building &
U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

*Via ECF and Regular Mail*
Honorable Michael A. Shipp,
United States Magistrate Judge
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building &
U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:  *James Wright v. Hartford Financial Services Group, et al.*
     Civil Action No.: 2:11-CV-00602-SRC-MAS
     SDMA File No.:  02489-000119

Dear Judges Chesler and Shipp:

        This office represents the defendant in the above-referenced matter. We submit this letter in an effort to clarify a discrepancy in the Orders of Judge Shipp and Judge Chesler regarding the return date for the parties' respective motions for summary judgment.

        On November 28, 2011, the parties filed their respective motions for summary judgment pursuant to Judge Shipp's Scheduling Order dated November 10, 2011. (Doc. No.: 22).  Pursuant to Judge Shipp's Scheduling Order, the parties are also required to file their respective opposition papers by December 28, 2011 and reply papers by January 4, 2012.  However, after filing their respective motions on November 28, 2011, Judge Chesler, by Order dated December 2, 2012, made the parties' motions returnable on January 3, 2012, which is one day prior to the date Judge Shipp indicated that reply papers were due to be filed. Accordingly, the parties respectfully request that the Court clarify this discrepancy. Furthermore, the parties

Wright v. Hartford, et al.
Civil Action No.: 2:11-CV-00602-SRC-MAS
Page 2

also request that the Court adhere to Judge Shipp's Scheduling Order as it provides the parties with seven days to submit reply papers rather than the six days provided for in Judge Chesler's Order.

      Thank you for your consideration of this matter.

Respectfully submitted,

/s/Daniel Meier
Daniel Meier
Sedgwick LLP

cc:
*Via Regular Mail*
Kevin T. Kutyla, Esq.

*Via Fax*
Chambers of the Honorable Michael A. Shipp, U.S.M.J. *(Fax No. :( 973)-645-4412)*

NY/756343v1