ATTORNEYS AT
125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400
www.sedgwicklaw.com   212.422.0202 phone   212.422.0925

# Sedgwick LLP

Daniel Meier
(212) 898-4016
daniel.meier@sedgwicklaw.com

November 28, 2011

United States District Court
District of New Jersey
Clerk of the Court
Martin Luther King, Jr. Federal Building &
U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07101

RECEIVED
NOV 2 8 2011
AT 8:30_____M
WILLIAM T. WALSH, CLERK

Re: *James Wright v. Hartford Financial Services Group, et al.*
Civil Action No.: 2:11-CV-00602-SRC-MAS
SDMA File No.: 02489-000119

Dear Clerk of the Court:

This office represents the defendant in the above-referenced action. On November 28, 2011 we filed our motion via ECF with the exception of Exhibit "D" to the Declaration of Juan M. Mendez, which was filed in support of our motion. Exhibit "D" to the Declaration of Juan M. Mendez consists of a DVD that contains surveillance footage.

We are filing a hard copy of Exhibit "D" to the Declaration of Juan M. Mendez with the Clerk's office pursuant to the instructions of the Clerk of the Court.

I greatly appreciate your attention to this matter.

Respectfully submitted,

Daniel Meier
Sedgwick LLP

cc: Kevin T. Kutyla, Esq.

NY/756008v1

From: (212) 422-0202  Origin ID: SXYA
Daniel Meier
Sedgwick LLP
125 Broad Street
39th Floor
New York, NY 10004

Ship Date: 28NOV11
ActWgt: 1.0 LB
CAD: 432910I/INET3210

Delivery Address Bar Code

Ref #
Invoice # 02489-000119 (DMM)
PO #
Dept #

FedEx Express
J120110805O225

SHIP TO: (973) 645-3730   BILL SENDER
**Clerk of the Court**
**U.S. Courthouse, MLK Building**
**50 Walnut Street, 4th Fl.**

Newark, NJ 07101

TRK# 7977 7917 0195
0201

**EB VAKA**

TUE - 29 NOV A1
PRIORITY OVERNIGHT

07101
NJ-US
EWR

50FG1/8C50/F5F4

*The World On Time.*

*Envelope*

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.

*Express*

FedEx