December 19, 2011

Honorable Stanley R. Chesler
United States Magistrate Judge
United State District Court
Frank R. Lautenberg U.S. P.O. & Cthse, Rm 417
PO Box 999
Newark, NJ  07101

    Re:    James Wright v. Hartford Financial Services Group, et al.
             Civil Action No.:  2:11-CV-00602-SRC-MAS

Dear Judge Chesler:

This office represents the plaintiff, James Wright, in connection with the above matter. We write to respectfully request a 30 days extension to file an opposition to defendant's summary judgment motion and an extension of the hearing date presently scheduled for January 3, 2012.  I have received the consent of my adversary for this adjournment.

The reason I am requesting this adjournment is because Defendant's attorneys have submitted 1,112 pages of exhibits and 507 statements of material facts.  As a solo practitioner, I need proper time to respond to the defendant's voluminous submissions.

Thank you for your consideration to this matter.

                              Respectfully submitted,

                              */s/ Kevin T. Kutyla*

                              Kevin T. Kutyla

KTK:tw
Encl.
Cc:    Daniel Meier, Esq. – via fax 212-422-0925