ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400

*www.sedgwicklaw.com*   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

*Daniel Meier*
*(212) 898-4016*
*daniel.meier@sedgwicklaw.com*

December 19, 2011

*Via ECF*
Honorable Stanley R. Chesler, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building &
U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: *James Wright v. Hartford Financial Services Group, et al.*
Civil Action No.: 2:11-CV-00602-SRC-MAS
SDMA File No.: 02489-000119

Dear Judge Chesler:

    This office represents the defendant, Hartford Life and Accident Insurance Company ("Hartford"), in the above-referenced matter. We recently received plaintiff's counsel's letter requesting a 30 day extension of time to file his opposition to Hartford's motion for summary judgment. Hartford consented to plaintiff's counsel's request and would like to join in that request for submission of Hartford's opposition to plaintiff's motion for summary judgment, which was not reflected in plaintiff's counsel's letter to the Court. Accordingly, Hartford respectfully requests that its time to file papers in opposition to plaintiff's motion for summary judgment also be extended from December 28, 2011 to Friday, January 27, 2012.

    If the Court grants the above-referenced request, the parties must also request an extension of time to file their respective reply papers. Accordingly, Hartford also requests that the parties' time to file their respective reply papers be extended 30 days from January 4, 2012 to Friday, February 3, 2012.

    Thank you for your consideration of this matter.

Respectfully submitted,

Daniel Meier
Sedgwick LLP

cc:
*Via Regular Mail and ECF*
Kevin T. Kutyla, Esq.

SO ORDERED:

STANLEY R. CHESLER, U.S.D.J.

NY/756030v1