**KEVIN T. KUTYLA, ESQ.**
83 Spring Street
Newton, NJ  07860
(973) 940-8970 / (973) 940-8973 (fax)
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JAMES WRIGHT,**<br><br>    Plaintiff(s),<br><br>  -against-<br><br>**HARTFORD FINANCIAL SERVICES GROUP; THE HARTFORD BENEFIT MANAGEMENT SERVICES; GDB CLAIMS AND SERVICES OPERATIONS; ABC 1-10 (that being the names of the corporate entities, companies, partnership or individuals intended),**<br><br>    Defendant(s). | Civil Action No.: 2:11-cv-00602<br>Hon. Stanley R. Chesler, U.S.D.J.<br>Hon. Michael A. Shipp, U.S.M.J.<br><br>**CERTIFICATION OF SERVICE** |

**CERTIFICATION OF SERVICE**

   I, Kevin T. Kutyla, do hereby certify that the moving papers were served upon the United States District Court, District of New Jersey by ECP and upon defendants' attorney, Daniel Meier, Esq., Sedgwick, LLP, 125 Broad Street, 39th Flr., New York, NY 10004 via overnight UPS mail.

                                    */s/ Kevin T. Kutyla*
                                    _____
                                    KEVIN T. KUTYLA, ESQ.

Dated:  January 27, 2012