United States District Court
for the District of New Jersey

_____

**JAMES WRIGHT**

    Plaintiff

    vs.

**HARTFORD FINANCIAL SERVICES GROUP, ET AL.**

    Defendant
_____

Civil No. 11-602

Order of Reassignment

It is on this 8th day of March 2012,

O R D E R E D that the entitled action is reassigned

from Judge Stanley R. Chesler to Judge Faith S. Hochberg.

                                                               S/Jerome B. Simandle
                                        Jerome B. Simandle, Chief Judge
                                        United States District Court