<u>**NOT FOR PUBLICATION**</u>

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| JAMES WRIGHT, | : | Hon. Faith S. Hochberg, U.S.D.J. |
| | : | |
| Plaintiff, | : | Civil Case No. 11-602 (FSH) (MAH) |
| | : | |
| v. | : | **ORDER** |
| | : | |
| THE HARTFORD BENEFIT MANAGEMENT SERVICES, et al., | : | Date: April 12, 2012 |
| | : | |
| Defendants. | : | |

**<u>HOCHBERG, District Judge</u>;**

      This matter comes before the Court upon the cross-motions for summary judgment filed by plaintiff and defendants; and

      it appearing that plaintiff's opposition papers do not include a responsive statement of material facts as required by L. Civ. R. 56.1;

      **IT IS** on this 12th day of April, 2012,

      **ORDERED** that Plaintiff must file, no later than **April 16, 2012**, a responsive statement of material facts "addressing each paragraph of the movant's statement, indicating agreement or disagreement and, if not agreed, stating each material fact in dispute and citing to the affidavits and other documents submitted in connection with the motion; any material fact not disputed shall be deemed undisputed for purposes of the summary judgment motion." L. Civ. R. 56.1; and

**IT IS FURTHER ORDERED** that defendants shall notify the Court no later than **April 18, 2012** if they wish to file a supplemental reply based on plaintiff's responsive statement of material facts.

/s/ Faith S. Hochberg_____
Hon. Faith S. Hochberg, U.S.D.J.