April 13, 2012

Honorable Faith S. Hochberg
United States Magistrate Judge
United State District Court
Frank R. Lautenberg U.S. P.O. & Cthse, Rm 417
PO Box 999
Newark, NJ  07101

       Re:    James Wright v. Hartford Financial Services Group, et al.
               Civil Action No.:  2:11-CV-00602-SRC-MAS

Dear Judge Hochberg:

I am in receipt of the court's order requesting that I respond to Hartford's Statement of Facts.  I am respectfully requesting an adjournment of this order due to the fact that I had wrist surgery and have been out of the office.  I will try to have a response to the court by Monday, but in the event that I cannot I would like a week to respond.  I have spoken to my adversary and have their consent.

                                        Respectfully submitted,

                                        */s/ Kevin T. Kutyla*

                                        Kevin T. Kutyla

KTK:tw
Cc:    Daniel Meier, Esq. – via fax 212-422-0925