ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NY 10004-2400

*www.sedgwicklaw.com*   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

*Daniel Meier*
*(212) 898-4016*
*daniel.meier@sdma.com*

April 19, 2012

*Via ECF and Regular Mail*
Honorable Faith S. Hochberg, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building &
U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: *James Wright v. Hartford Financial Services Group, et al.*
    Civil Action No.: 2:11-CV-00602-SRC-MAS
    SDMA File No.: 02489-000119

Dear Judge Hochberg:

This office represents the Defendant Hartford Life and Accident Insurance Company ("Hartford") in the above-referenced matter. We are writing to inform the Court that pursuant to Your Honor's Order dated April 12, 2012, (Doc. No. 66), we will be submitting a Supplemental Reply Rule 56.1 Statement of Material Facts based on Plaintiff James Wright's ("Wright") "Response to Defendant's Statement of Material Facts Pursuant to R. 56.1," which was filed on April 17, 2012. (Doc. No. 69). Your Honor's Order did not set a deadline by which Hartford should file its Supplemental Reply and thus, we respectfully request that the Court allow Hartford two weeks from today's date to respond to the Plaintiff's responsive statement of material facts.

Thank you for your consideration of this matter.

Respectfully submitted,

s/
Daniel Meier
Sedgwick LLP

cc: Attorney of Record for the Plaintiff *(via ECF)*

THE REQUEST IS GRANTED.
SO ORDERED. 4/20/12

*/s/ Faith S. Hochberg*
HON. FAITH S. HOCHBERG, U.S.D.J.

NY/852966v1