**NOT FOR PUBLICATION** **CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| JAMES WRIGHT, | : | Hon. Faith S. Hochberg, U.S.D.J. |
| | : | |
| Plaintiff, | : | Civil Case No. 11-602 (FSH) (MAH) |
| | : | |
| v. | : | **ORDER** |
| | : | |
| THE HARTFORD BENEFIT MANAGEMENT SERVICES, *et al.*, | : | Date: May 11, 2012 |
| | : | |
| Defendants. | : | |

**HOCHBERG, District Judge;**

This matter comes before the Court on the parties' Cross-Motions for Summary Judgment pursuant to Fed. R. Civ. P. 56 and Local Civil Rule 56.1 and Defendants' motion to strike portions of the affidavit filed by Plaintiff's counsel in support of Plaintiff's motion for summary judgment; and

for the reasons set forth in this Court's Opinion of May 11, 2012;

**IT IS** on this 11th day of May, 2012,

**ORDERED** that Defendants' motion for summary judgment (Docket # 24) is **GRANTED**; and

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment (Docket # 23) is **DENIED**; and

**IT IS FURTHER ORDERED** that Defendants' motion to strike (Docket # 47) is **DENIED**; and

**IT IS FURTHER ORDERED** that this case is **CLOSED**.

/s/ Faith S. Hochberg_____
Hon. Faith S. Hochberg, U.S.D.J.