# NOTICE OF APPEAL TO
## UNITED STATES COURT OF APPEAL FOR THE THIRD CIRCUIT

U.S. District Court – Eastern District of Pennsylvania
(PHILADELPHIA)

| | |
|---|---|
| **JAMES WRIGHT,**  Appellant(s),  -against-  **HARTFORD FINANCIAL SERVICES GROUP; THE HARTFORD BENEFIT MANAGEMENT SERVICES; GDB CLAIMS AND SERVICES OPERATIONS; ABC 1-10 (that being the names of the corporate entities, companies, partnership or individuals intended),**  Appellee(s). | Civil Action No.: 2:11-cv-00602  Hon. Faith S. Hochberg, U.S.D.J. |

Notice is hereby given that appellant, James Wright, appeals to the United States Court of Appeals for the Third Circuit from an Order denying plaintiff's motion for summary judgment and granting defendant's motion for summary judgment entered in this action on May 11, 2012.

DATED:

/s/ Kevin T. Kutyla
_____
Kevin T. Kutyla
Counsel for Appellant
Attorney ID #KTK8626
83 Spring Street, Ste. 302B
Newton, NJ  07860
973-940-8970
973-940-8973