# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

12-2661

James Wright v. Hartford Financial Services Gr, et al

2-11-cv-00602

# O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date: November 6, 2012
CJG/cc:     Michael H. Bernstein, Esq.
            Kevin T. Kutyla, Esq.

**A True Copy:**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.